**THE HONORABLE MARY JO HESTON**
**CHAPTER 13**
**LOCATION:  Tacoma, Washington**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| In re: | Case No.: 19-40032-MJH |
| JASON ARTHUR MCDOWELL and NANCY MARIE HOFFMAN, | DECLARATION OF TRACY MAHER IN SUPPORT OF OBJECTION TO CONFIRMATION |
| Debtors. | |

I, Tracy Maher hereby declare that the following statements are true and correct to the best of my knowledge, and I am subject to penalty of perjury under the laws of the United States:

1.  I am over the age of eighteen, a resident of the United States of America, and otherwise competent to provide the following testimony from my personal knowledge.

2.  I am employed by Michael G. Malaier, Chapter 13 Trustee charged with administering the instant bankruptcy estate.

3.  Trustee estimates that the total amount necessary to repay the secured, priority, unsecured, and administrative debt over the maximum sixty month period is approximately $107,055.23.  Funds committed to the plan over sixty months total

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA  98402
(253) 572-6600

$71,239.27.  Therefore the plan is underfunded in the amount of approximately $35,815.96.  *See* the attached plan calculation.

4.  I will provide any further information required by the Court to assist in its adjudication of the issues presented in the Objection to Confirmation.


**EXECUTED** at Tacoma, Washington this 25th day of February, 2019.


/s/Tracy Maher
Tracy Maher, Motion Coordinator for
Michael G. Malaier, Chapter 13 Standing Trustee

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA  98402
(253) 572-6600